UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

CQS ABS                                                                                         Docket Number: 12 CV 6840 (RJS)

        -against-                                                                        NOTICE OF ASSIGNMENT

MBIA
------------------------------------------------------

       The above-entitled action is:

---

[   ] Declined by Hon.
       As  [   ]Related/ [    ] Similar to case #:

---

[   ] Assigned to the Hon.
       [   ] Designated / [   ] Redesignated Hon.                    ,Magistrate Judge

---

[ X  ] Accepted by Hon. RICHARD J. SULLIVAN (RJS)as [    ] Related/ [  X  ] Similar to case
                #:09 CV 2242
       [ X  ] Designated  [   ] Redesignated Hon.  FRANK MAAS (FM),
       Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                                                                Ruby J. Krajick
                                                                                                Clerk of Court

Dated: 09/14/2012                                                                  By:      PHYLLIS ADAMIK
                                                                                                                           Deputy Clerk