UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**


*27154*

Index no : **12 CV 6840**
Date Index Number Purchased: **09/10/2012**

| | |
|---|---|
| Plaintiff(s): | CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd. |
| | vs. |
| Defendant(s): | MBIA Inc., MBIA Insurance Corp., and National Public Finance Guarantee Corp. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:

**Charles Lenetz**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **09/11/2012** at **11:06 AM**, I served the within **Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosure Statement** with the index#**12 CV 6840** endorsed thereon on **MBIA INC** at **113 KING ST, Armonk, NY 10504** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of said documents to **JOSEPH BEATTIE, Authorized Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **MBIA INC**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Bald | 45 | 5ft 7in – 5ft 9in | 140–150 |
| Other Features: | | | | | |

Sworn to and subscribed before me on 09/12/2012

Kristin Morales
Notary Public, State Of New York
No. 01MO6215201
Qualified in WESTCHESTER
Commision Expires 12/21/13

X _____
Charles Lenetz

Atty File#: