UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**



Index no : **12 CV 6840**
Date Index Number Purchased: **09/10/2012**

| Plaintiff(s): | CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd. |
|---|---|
| | vs. |
| Defendant(s): | MBIA Inc., MBIA Insurance Corp., and National Public Finance Guarantee Corp. |

STATE OF NEW YORK
COUNTY OF WESTCHESTER        ss.:

**Charles Lenetz**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to the action. I reside in the state of New York.

On **09/11/2012** at **12:52 PM**, I served the within **Summons in a Civil Action; Complaint; Civil Cover Sheet; Corporate Disclosure Statement with the index#12 CV 6840 endorsed thereon** on **NATIONAL PUBLIC FINANCE GUARANTEED CORP.** at **113 KING ST, Armonk, NY 10504** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of said documents to **JOSEPH BEATTIE, Authorized Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **NATIONAL PUBLIC FINANCE GUARANTEED CORP.**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Bald | 45 | 5ft 7in – 5ft 9in | 140–150 |
| Other Features: | | | | | |

Sworn to and subscribed before me on 09/12/2012

Ellen Eakley
Notary Public, State Of New York
No. 01EA5085889
Qualified in WESTCHESTER
Commission Expires 09/29/13

X _____
Charles Lenetz

Atty File#: