**12 CIV 6840**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CQS ABS Master Fund Ltd., CQS Select ABS : 
Master Fund Ltd., and CQS ABS Alpha :
Master Fund Ltd. :
            Plaintiffs, :  Case No.:
:
     -against- :  **RULE 7.1 CORPORATE**
:  **DISCLOSURE STATEMENT OF**
MBIA INC., MBIA Insurance Corp., and :  **CQS SELECT ABS MASTER FUND**
National Public Finance Guarantee Corp. :  **LTD.**
:
            Defendants. :
:
------------------------------------------------------------ x



### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
### CQS SELECT ABS MASTER FUND LTD.

Plaintiff CQS Select ABS Master Fund Ltd., by and through its attorneys, White & Case LLP, hereby submits this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. CQS Select ABS Master Fund Ltd. has no parent corporation.

2. CQS Select ABS Master Fund Ltd. is a privately-held entity and there is no publicly held corporation owning 10% or more of its stock.

Dated: September 10, 2012

                                            Respectfully Submitted,

                                            WHITE & CASE LLP

                                            By: _____

                                            J. Christopher Shore
                                            1155 Avenue of Americas
                                            New York, New York 100136
                                            (212) 819-8200
                                            (212) 819-8113 (fax)