UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CIV 6840**

---

CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd.

             Plaintiffs,

-against-

MBIA INC., MBIA Insurance Corp., and National Public Finance Guarantee Corp.

             Defendants.

Case No.:

RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CQS ABS MASTER FUND LTD.

RECEIVED SEP 10 2012 U.S.D.C. S.D.N.Y. CASHIERS

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CQS ABS MASTER FUND LTD.

Plaintiff CQS ABS Master Fund Ltd., by and through its attorneys, White & Case LLP, hereby submits this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. CQS ABS Master Fund Ltd. has no parent corporation.

2. CQS ABS Master Fund Ltd. is a privately-held entity and there is no publicly held corporation owning 10% or more of its stock.

Dated: September 10, 2012

Respectfully Submitted,

WHITE & CASE LLP

By: _____

J. Christopher Shore
1155 Avenue of Americas
New York, New York 100136
(212) 819-8200
(212) 819-8113 (fax)