Kenneth R. David (kdavid@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:   (212) 506-1800

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MBIA INC., MBIA INSURANCE CORPORATION, and NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,<br><br>        Defendants. | No. 12-Civ-06840 (RJS)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Kenneth R. David of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as co-counsel to Defendants, certifies that he is admitted to practice in this court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: September 28, 2012
       New York, New York

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

By: /s/ Kenneth R. David
    Kenneth R. David
(kdavid@kasowitz.com)
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorney for Defendants MBIA Inc., MBIA Insurance Corporation, and National Public Finance Guarantee Corporation*