UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> MBIA INC., MBIA INSURANCE CORPORATION, and NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, <br><br> Defendants. | No. 12-Civ-06840 (RJS) <br><br> **RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that MBIA Inc. is a publicly held corporation and no publicly held corporation owns 10% or more of the stock of MBIA Inc.

Dated:   September 28, 2012
         New York, New York

KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP

By: /s/ Marc E. Kasowitz
   Marc E. Kasowitz
   (mkasowitz@kasowitz.com)
   Daniel R. Benson
   (dbenson@kasowitz.com)
   Kenneth R. David
   (kdavid@kasowitz.com)
   Joshua Greenblatt
   (jgreenblatt@kasowitz.com)
   1633 Broadway
   New York, New York 10019
   (212) 506-1700

*Attorneys for Defendants MBIA Inc., MBIA Insurance Corporation, and National Public Finance Guarantee Corporation*