UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> MBIA INC., MBIA INSURANCE CORPORATION, and NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, <br><br> Defendants. | No. 12-Civ-06840 (RJS) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that:

1. MBIA Insurance Corporation is a wholly-owned subsidiary of MBIA Inc.; and

2. MBIA Inc. is a publicly held corporation.  No publicly held corporation owns 10% or more of the stock of MBIA Inc.

Dated: September 28, 2012
New York, New York

KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP

By: /s/ Marc E. Kasowitz
Marc E. Kasowitz
(mkasowitz@kasowitz.com)
Daniel R. Benson
(dbenson@kasowitz.com)
Kenneth R. David
(kdavid@kasowitz.com)
Joshua Greenblatt
(jgreenblatt@kasowitz.com)
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Defendants MBIA Inc., MBIA Insurance Corporation, and National Public Finance Guarantee Corporation*