UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> MBIA INC., MBIA INSURANCE CORPORATION, and NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, <br><br> Defendants. | No. 12-Civ-06840 (RJS) <br><br> **RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that:

1. National Public Finance Guarantee Corporation is a wholly-owned subsidiary of National Public Finance Guarantee Holdings, Inc., which is in turn a wholly-owned subsidiary of MBIA Inc.; and

2. MBIA Inc. is a publicly held corporation.  No publicly held corporation owns 10% or more of the stock of MBIA Inc.

Dated:   September 28, 2012
     New York, New York         KASOWITZ, BENSON, TORRES
                                      & FRIEDMAN LLP

                                By: /s/ Marc E. Kasowitz
                                   Marc E. Kasowitz
                                   (mkasowitz@kasowitz.com)
                                   Daniel R. Benson
                                   (dbenson@kasowitz.com)
                                   Kenneth R. David
                                   (kdavid@kasowitz.com)
                                   Joshua Greenblatt
                                   (jgreenblatt@kasowitz.com)
                                   1633 Broadway
                                   New York, New York 10019
                                   (212) 506-1700

                                   *Attorneys for Defendants MBIA Inc., MBIA*
                                   *Insurance Corporation, and National Public*
                                   *Finance Guarantee Corporation*