UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CQS ABS MASTER FUNDS, LTD.,

          Plaintiff,

-v-

MBIA INC.,

          Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2012
```

No. 12 Civ. 6840 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The parties have submitted pre-motion letters regarding Defendant's contemplated motion to disqualify White & Case LLP as counsel for Plaintiff. Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a pre-motion conference on November 2, 2012 at 3:30 p.m.

SO ORDERED.

DATED:    New York, New York
              October 15, 2012

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE