UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CQS ABS MASTER FUNDS, LTD., *et al.*,

Plaintiffs,

-v-

MBIA INC., *et al.*,

Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2012
```

No. 12 Civ. 6840 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the pre-motion conference held on Friday, November 9, 2012, IT IS HEREBY ORDERED THAT the parties shall submit a joint letter by Thursday, November 15, 2012 setting forth parameters for discovery and proposing a discovery and briefing schedule for Defendant's contemplated motion to disqualify Plaintiff's counsel, White & Case LLP.

SO ORDERED.

DATED:  New York, New York
        November 13, 2012

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE