Marc E. Kasowitz (mkasowitz@kasowitz.com)
Kenneth R. David (kdavid@kasowitz.com)
Joshua Greenblatt (jgreenblatt@kasowitz.com)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CQS ABS MASTER FUND LTD., CQS SELECT ABS MASTER FUND LTD., AND CQS ABS ALPHA MASTER FUND LTD. <br><br> Plaintiffs, <br><br> -against- <br><br> MBIA INC., MBIA INSURANCE CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORP., <br><br> Defendants. | No. 12-Civ-06840 (RJS) <br><br> **NOTICE OF INTENT TO REQUEST REDACTION** |

PLEASE TAKE NOTICE that, pursuant to the Notice of Filing of Official Transcript entered on November 19, 2012, defendants MBIA Inc., MBIA Insurance Corp. and National Public Finance Guarantee Corp. will request by motion redactions of certain privileged information contained in the transcript of the hearing held before Judge Richard J. Sullivan on November 9, 2012.

| | |
|---|---|
| Dated: New York, New York<br>November 26, 2012 | KASOWITZ, BENSON, TORRES<br>& FRIEDMAN LLP<br><br>By: _____<br>Marc E. Kasowitz (mkasowitz@kasowitz.com)<br>Kenneth R. David (kdavid@kasowitz.com)<br>Joshua Greenblatt (jgreenblatt@kasowitz.com)<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br><br>*Attorneys for Defendants* |

cc:   J. Christopher Shore
      White & Case LLP
      1155 6th Avenue
      New York, New York 10036

      *Attorney for Plaintiffs*

      Southern District Reporters
      500 Pearl Street, Suite 330
      New York, NY 10007