UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CQS ABS MASTER FUNDS, LTD., *et al.*,

                        Plaintiffs,

-v-

MBIA INC., *et al.*,

                        Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-12
```

No. 12 Civ. 6840 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Defendants, dated December 13, 2012, requesting a pre-motion conference to discuss their contemplated motion to seal portions of the record of the conference held on November 9, 2012. Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall respond to Defendants' letter by December 18, 2012. IT IS FURTHER ORDERED THAT the parties shall appear for a pre-motion conference on Monday, January 7, 2013 at 10:30 a.m.

SO ORDERED.

DATED:    New York, New York
                December 13, 2012

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE