WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200
(212) 354-8113 (Fax)
J. Christopher Shore
Julia M. Winters
*Counsel to Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd. | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| - against - | Case No. 12 CIV 6840 (RJS) |
| MBIA Inc., MBIA Insurance Corp., and National Public Finance Guarantee Corp. | |
| Defendants. | |

PLEASE TAKE NOTICE that Julia M. Winters of White & Case LLP hereby appears in the above-captioned action as co-counsel to Plaintiffs, certifies that she is admitted to practice in this court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:  January 7, 2013
            New York, New York

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

By:    /s/ Julia M. Winters
         Julia M. Winters
         (jwinters@whitecase.com)
*Counsel to CQS ABS Master Fund Ltd., CQS Select ABS Master Fund Ltd., and CQS ABS Alpha Master Fund Ltd.*

NEWYORK 8693532 (2K)