UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-13
```

CQS ABS MASTER FUNDS, LTD., *et al.*,

　　　　　　　　　　Plaintiffs,

-v-

　　　　　　　　　　No. 12 Civ. 6840 (RJS)
　　　　　　　　　　ORDER

MBIA INC., *et al.*,

　　　　　　　　　　Defendants.

RICHARD J. SULLIVAN, District Judge:

　　As stated on the record at the conference on January 7, 2013, Defendants' motion to seal portions of the transcript of the November 19, 2012 pre-motion conference is deemed made and is HEREBY GRANTED. IT IS HEREBY ORDERED THAT the parties shall jointly submit proposed redactions to the transcript by January 14, 2013. IT IS FURTHER ORDERED THAT the briefing schedule for Defendants' motion to disqualify Plaintiffs' counsel is revised so that Defendants' brief is due January 18, 2013; Plaintiffs' opposition brief is due February 1, 2013; and Defendants' reply, if any, is due February 12, 2013. IT IS FURTHER ORDERED THAT the Court will hold oral argument on Defendants' motion on March 1, 2013 at 12:00 p.m.

SO ORDERED.

DATED:　　New York, New York
　　　　　　January 7, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE