**MEMO ENDORSED**

# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

January 14, 2013

BY E-MAIL

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   *CQS ABS Master Funds Ltd., et al. v. MBIA Inc., et al.*, No. 12 Civ. 06840 (RJS)

Dear Judge Sullivan:

We represent defendants MBIA Inc., MBIA Insurance Corporation and National Public Finance Guarantee Corporation in the above-referenced action. On behalf of all parties, we write, pursuant to the Court's January 7, 2013 order, to submit proposed redactions to the transcript from the November 9, 2012 pre-motion conference before Your Honor, which are enclosed herewith. Thank you for your attention to this matter.

Respectfully,

Marc E. Kasowitz

Enclosures

cc: Counsel of Record

The parties' proposed redactions are HEREBY GRANTED. The parties should file a redacted transcript with the Clerk of the Court.

SO ORDERED
Dated: 1/16/13

RICHARD J. SULLIVAN
U.S.D.J.