```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CQS ABS MASTER FUND LTD., CQS
SELECT ABS MASTER FUND LTD., and CQS
ABS ALPHA MASTER FUND LTD.

                    Plaintiffs,

   -against-

MBIA INC., MBIA INSURANCE CORP., and
NATIONAL PUBLIC FINANCE
GUARANTEE CORP.,

                    Defendants.

No: 12 Civ. 6840 (RJS)

## STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)

Plaintiffs CQS ABS Master Fund Ltd., CQS ABS Alpha Master Fund Ltd., and CQS Select ABS Master Fund Ltd. ("CQS") and defendants MBIA Inc., MBIA Insurance Corporation, and National Public Finance Guarantee Corporation ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

_____
Stuart M. Grant
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
*Attorneys for Plaintiffs CQS*
*ABS Master Fund Ltd., CQS ABS*
*Alpha Master Fund Ltd., and*
*CQS Select ABS Master Fund Ltd.*

Dated: May 2, 2014

_____
Marc E. Kasowitz
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
*Attorneys for Defendants MBIA Inc.,*
*MBIA Insurance Corp., and National*
*Public Finance Guarantee Corp.*

Dated: May 2, 2014

SO ORDERED
Date: 5/5/14

_____
RICHARD J. SULLIVAN
U.S.D.J.